**95–1382.** State ex rel. Lawrence v. Marks. In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon consideration of relators' motion to expedite hearing of request for writ of prohibition,

IT IS ORDERED by the court that the motion be, and is hereby, denied, effective July 19, 1995.

**95–1424.** State ex rel. DPCC, Inc. v. Maschari. In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon consideration of relators' motion to expedite ruling on alternative writ,

IT IS ORDERED by the court that the motion be, and is hereby, denied, effective July 19, 1995. RESNICK, J., not participating.

## MISCELLANEOUS DISMISSALS

**95–1122.** Schialdone v. Schialdone. *Trumbull County,* No. 93–T–5007. This cause is pending before the court as a discretionary appeal and as a claimed appeal of right. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted, effective July 19, 1995.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.